BRUCE G. FAGEL, #103674
EDUARDO J. ASCENCIO, #182061
Law Offices of Bruce G. Fagel
and Associates
100 North Crescent, Suite 360
Beverly Hills, California 90210
Tel: (310) 281-8700
Fax: (310) 281-5656

Attorneys for Plaintiffs,
HAROLD BOGGS and HAROLD BOGGS,
as successor in interest to the
ESTATE OF PHYLLIS MCLELLAN, deceased

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DISTRICT

| | |
|---|---|
| HAROLD BOGGS and HAROLD BOGGS, as successor in interest to the ESTATE OF PHYLLIS MCLELLAN, deceased,<br><br>          Plaintiff,<br><br>     vs.<br><br>KINDRED HEALTHCARE, INC., a Delaware Corporation, doing business as CALIFORNIAN CARE CENTER, and DOES 1 through 250, inclusive,<br><br>          Defendants. | **Case No.**<br>**1:07-cv-00652-OWW-NEW-WMW**<br><br>NOTICE OF VOLUNTARY DISMISSAL AND ORDER |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

/ / /

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE NOTICE that plaintiffs, HAROLD BOGGS and HAROLD BOGGS, as successor-in-interest to the ESTATE OF PHYLLIS MCLELLAN, deceased, hereby voluntarily dismiss the instant action, without prejudice.

DATED: June 4, 2007    LAW OFFICES OF BRUCE G. FAGEL AND ASSOCIATES

By: /s/Eduardo J. Ascencio

Bruce G. Fagel
Eduardo J. Ascencio
Attorneys for Plaintiffs
HAROLD BOGGS and HAROLD BOGGS,
as successor in interest to the
ESTATE OF PHYLLIS MCLELLAN,
deceased

## **O R D E R**

IT IS HEREBY ORDERED that plaintiffs' action be dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   June 7, 2007**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE